IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAWNA BLACK,

    **Plaintiff,**

v.                                     Case No. 1:17cv140-MW/CAS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commission of Social
Security,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 22. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security

1

Benefits is **AFFIRMED** and Judgment is entered for Defendant. The request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 29, 2018.**

s/<u>Mark E. Walker</u> ____<br>
**United States District Judge**